IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00866-WJM-KLM

AMBROCIO CORONA, on behalf of herself and all others similarly situated,

   Plaintiff,

v.

HINDMANSANCHEZ P.C.,

   Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 34; Filed November 9, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

   IT IS FURTHER **ORDERED** that the Protective Order [#34-1, -2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

   Dated: November 9, 2012